IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.W., a minor child, JOHN DOE, as next Friend and Guardian of A.W., JANE DOE, as next Friend and Guardian of A.W.,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE OF NEBRASKA, NEBRASKA STATE PATROL, JON BRUNING, Attorney General of Nebraska, DAVID SANKEY, Col. Superintendent of Law Enforcement and Public Safety for Nebraska State Patrol, PAUL WOOD, County Attorney for Red Willow County, GENE MAHON, Sheriff for Red Willow County,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:14CV256<br><br><br><br><br><br><br>TEMPORARY<br>RESTRAINING<br>ORDER |

     Applying the well known <u>Dataphase</u> factors,

     IT IS ORDERED that:

     (1)    Plaintiffs' motion for temporary restraining order and preliminary injunction (filing 2) is granted in part and held in abeyance in part. The temporary restraining order is granted and the motion for preliminary injunction is held in abeyance.

     (2)    The defendants and each of them are temporarily restrained from taking any action against A.W. or his guardians under any sex offender registration act or compact related thereto until further order of this Court.

     (3)    Today, by telephone, the Clerk shall notify the Nebraska Attorney General's Office of the entry of this temporary retraining order and shall provide that office with a copy.

(4) Counsel for the plaintiffs shall schedule a status telephone conference with the undersigned and counsel for the defendants by calling my judicial assistant at 402-437-1640 on Tuesday, September 2, 2014. The status conference will discuss issues related to the temporary restraining order, as well as scheduling of a hearing on the request for preliminary injunction.

Dated August 29, 2014, at approximately 11:40 a.m.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge