IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.W., a minor child, JOHN DOE, | ) | 8:14CV256 |
| as next Friend and Guardian of A.W., | ) | |
| JANE DOE, as next Friend and Guardian | ) | |
| of A.W., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| NEBRASKA STATE PATROL, | ) | |
| JON BRUNING, Attorney General of | ) | |
| Nebraska, DAVID SANKEY, Col. | ) | |
| Superintendent of Law Enforcement and | ) | |
| Public Safety for Nebraska State Patrol, | ) | |
| PAUL WOOD, County Attorney for | ) | |
| Red Willow County, GENE MAHON, | ) | |
| Sheriff for Red Willow County, | ) | |
| | ) | |
| Defendants. | ) | |

A conference call was held with plaintiff's counsel Joshua W. Weir and defense counsel Ryan S. Post.  With the agreement of the parties,

IT IS ORDERED that:

(1)     The temporary restraining order (filing 6) remains in effect until further order of the court.

(2)     This matter is referred to Magistrate Judge Zwart.  After first discussing the same with counsel, Judge Zwart shall schedule a firm trial date within approximately six months of the date of this order and issue a progression order accordingly.  Both lawyers suggest that a relatively early date be set for motions for summary judgment.  Judge Zwart is requested to confer with counsel on the telephone prior to issuance of the progression order.

(3)     Defense counsel Ryan S. Post shall enter his appearance immediately.


(4)     The Clerk of Court shall provide a copy of this order to Judge Zwart, Mr. Weir and Mr. Post.


Dated September 2, 2014.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge