IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.W., a minor child, JOHN DOE, as Next Friend and Guardian of A.W., and JANE DOE, as Next Friend and Guardian of A.W., | ) ) ) ) ) | 8:14CV256 |
| | ) | ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE OF NEBRASKA, NEBRASKA STATE PATROL, JON BRUNING, Attorney General of Nebraska, DAVID SANKEY, Col., Superintendent of Law Enforcement and Public Safety for Nebraska State Patrol, PAUL WOOD, County Attorney for Red Willow County, and GENE MAHON, Sheriff Red Willow County, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

IT IS ORDERED that the parties' joint motion to amend temporary restraining order (filing 22) is granted, as follows:

1.      Paragraph 2 of the temporary restraining order entered on August 29, 2014 (filing 6), is amended to read:

The defendants and each of them are temporarily restrained from taking any action against A.W. or his guardians under the Nebraska Sex Offender Registration Act until further order of this Court.

2.      Plaintiff's motion for preliminary injunction will continue to be held in abeyance.

DATED this 24th day of November, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge