IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.W., a minor child, by and through John Doe, as Next Friend and Guardian, and Jane Doe, as Next Friend and Guardian,  )<br>)<br>)<br>) | | 8:14CV256 |
| Plaintiff,  ) | | ORDER |
| ) | | |
| v.  ) | | |
| ) | | |
| STATE OF NEBRASKA, *et al.*,  ) | | |
| ) | | |
| Defendants.  ) | | |

    IT IS ORDERED that Plaintiff's motion for extension of time (filing 28) is granted, as follows:

    Plaintiff shall have until January 12, 2015, to respond to Defendants' motion to dismiss (filing 25).

    DATED this 23rd day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge